**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **POLLY GAZA**, a citizen of Michigan, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 1:22-cv-338 |
| ) | |
| **NORTHERN PLANT SERVICES, LTD.**, ) | Hon. Janet T. Neff |
| an Indiana Corporation; **MICHAEL S.** ) | |
| **SUTTER**, a citizen of Indiana; and **JERRI** ) | |
| **L. SUTTER**, a citizen of Indiana, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING DEFENDANTS', MICHAEL S. SUTTER AND JERRI L. SUTTER, MOTION TO APEAR VIRTUALLY ON AUGUST 2, 2022

On the Motion of Defendants, Michael S. Sutter and Jerri L. Sutter, for PERMISSION TO APEAR VIRTUALLY ON August 2, 2022 pre-motion conference, this Court has determined that the relief requested should be GRANTED.

IT IS HEREBY ORDERED that Darren Malek, attorney for Defendants, Michael S. Sutter and Jerri L. Sutter, shall be allowed to appear virtually for the August 2, 2022 pre- motion conference.

SO ORDERED: _____

_____
JANET T. NEFF
U.S. District Judge